## In Re Kristen K. POLIAFICO, Michael Coyle, Matthew Marello, and Thomas M. Frantz.

### No. 2008–1608.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2008.

Sydney O. Johnson, Jr., Patent & Trademark Office, Arlington, VA, for Jon W. Dudas.

Robert A. Koons, Jr., Drinker Biddle & Reath LLP, Philadelphia, PA, for Kristen K. Poliafico, Michael Coyle, Matthew Marello, Thomas M. Frantz.

ON MOTION

*ORDER*

Upon consideration of the appellants' motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All parties shall bear their own costs.

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.